**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 93-3102
_____


FLO ZELDA WATTS, A MENTALLY INCOMPETENT PERSON
by Richard E. Franklin, her Curator, Guardian
and Conservator,

Plaintiff-Appellant,

VERSUS

WILLIAM RICE LUMMIS as the Provisional, Temporary and
Co-Administrator of the Succession for Howard R. Hughes, Jr.;
deceased; William Rice Lummis, Et Al.,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
_____
(January 14, 1994)

On Petition for Rehearing and Suggestion for
Rehearing En Banc


Before REAVLEY and DAVIS, Circuit Judges, and Trimble[1], District
Judge.

BY THE COURT:

The appellant's petitions for panel rehearing and rehearing en

banc are denied.

The appellant's petitions for rehearing and rehearing en banc

prompt us to impose further sanctions because of the legally

baseless claims she has relentlessly urged and continues to urge in

this appeal.  Sanctions were imposed in a previous suit involving

---

[1] District Judge of the Western District of Louisiana, sitting
by designation.

virtually identical claims, **see Ganoe v. Lummis**, 662 F.Supp. 718 (S.D.N.Y. 1987), **aff'd**, 841 F.2d 1116 (2d Cir. 1988), **cert. denied**, 487 U.S. 1206, 108 S.Ct. 2848 (1988), and we imposed double costs after summarily rejecting this appeal.  The motions currently urged by the appellant are frivolous and only serve to multiply and prolong this vexatious litigation.  We therefore impose sanctions in the amount of $3,500 jointly and severally against appellant and her attorneys, Dennis L. Tomlin and E. Lynn Singleton, and in favor of appellee Lummis pursuant to Fed. R. App. P. 38.